JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELMINSKI DERRELL WALKER,<br>Petitioner,<br>v.<br>MARTIN D. BITER, Warden,<br>Respondent. | Case No. LA CV 15-5987 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Petition for Writ of Habeas Corpus and Certificate of Appealability.

DATED: October 26, 2015

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE